# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| BEVERLY ANDERSON, and WALTER ANDERSON, JR., Personal Representative of the;<br><br>**Plaintiffs,**<br><br>vs.<br><br>THERESA M. NGUYEN, and NET MINISTRIES, INC., a Minnesota Nonprofit Corporation;<br><br>**Defendants.** | 8:18CV248<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on June 5, 2018, a letter (Filing No. 3) was sent to the following attorney(s) from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

**Scott Tingelhoff**
TINGELHOFF LAW FIRM
353 City View Drive
Wahoo, NE 68066

**IT IS ORDERED** that on or before July 31, 2018, the attorney(s) listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this Order will result in Mr. Tinglehoff being removed as counsel of record.

Dated this 17th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge